NUMBER
13-05-612-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

___________________________________________________________________

 

RICARDO GARCIA GONZALEZ AND 

ROSALINDA GARCIA,                                             Appellants,

 

                                           v.

 

CARLOS MORAN D/B/A MORAN CONSTRUCTION CO.,   Appellee.

___________________________________________________________________

 

                  On
appeal from the 404th District Court 

                           of
Cameron County, Texas

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellants, RICARDO GARCIA GONZALEZ AND ROSALINDA GARCIA,
attempted to perfect an appeal from a judgment entered by the 404th
District Court of Cameron County, Texas, in cause number 2003-04-2042-G.  Judgment in
this cause was signed on June 16, 2005.  A timely motion for new trial was filed.  Pursuant to Tex.
R. App. P. 26.1, appellants= notice of appeal was
due on September 14, 2005, but was not filed until September
15, 2005.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  Appellants= response was received and filed on October 17,
2005.  In their response, appellants
state that the appeal in this cause will not be perfected.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect their appeal, and appellants= response to this
Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Memorandum Opinion
delivered and filed 

this the 10th
day of November, 2005.